UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDA SPIES,

    Plaintiff,

    v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No. 17-cv-02012-PJH

**JUDGMENT**

    The issues having been duly heard and the court having granted defendant's motion for summary judgment,

    it is Ordered and Adjudged

    that judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: May 7, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge